**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HILLARY B. PATON** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **NO. 19-4818** |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this __30TH__ day of June, 2020, upon consideration of the Plaintiff's Request for Review (ECF No. 10), and Defendant's response thereto (ECF No. 13), IT IS HEREBY ORDERED for the reasons provided in the accompanying Memorandum that:

1. The Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

 /s/ Lynne A. Sitarski 
LYNNE A. SITARSKI
United States Magistrate Judge